# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 09-1038**                    **September Term 2008**

**EPA-73FR64788**
**EPA-73FR64668**

**Filed On: March 3, 2009** [1168229]

American Petroleum Institute,

      Petitioner

      v.

Environmental Protection Agency,

      Respondent

-----------------------------

Consolidated with 09-1041

## O R D E R

Upon consideration of respondent's unopposed motion to consolidate and hold cases in abeyance, it is

**ORDERED** that the motion be granted, and these cases are hereby consolidated.  It is

**FURTHER ORDERED** that these consolidated cases be held in abeyance pending further order of the court.  The parties are directed to file motions to govern further proceedings on or before May 4, 2009.

                      FOR THE COURT:
                      Mark J. Langer, Clerk

            BY:    /s/
                      Mark A. Butler
                      Deputy Clerk